# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Debra Mayes ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:12-cv-13

United Steel Workers Union ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

                                      Signed: January 18, 2012

Frank G. Johns, Clerk
United States District Court